SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
Timothy C. Earl, SBN 174967
Elvira Cortez, SBN 275626
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Defendant
BOSA DEVELOPMENT CALIFORNIA II, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, | CV-11-02438 LB |
|---|---|
| Plaintiff, | **ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| URATA & SONS CEMENT, INC., and BOSA DEVELOPMENT CALIFORNIA II, INC. | Complaint Filed: May 18, 2011 |
| Defendants. | |

The Court, having considered the foregoing Stipulation of the parties, hereby concludes that good cause exists for granting the parties request for a sixteen (16) day extension.

Therefore, it is hereby ordered that the time for BOSA to respond to WESTCHESTER's complaint is hereby extended to August 31, 2011.

**IT IS SO ORDERED.**

DATED: August 19, 2011

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

327998-v1

ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT