Donald E. Dorfman (SBN 63725)
Andrew R. Neilson (SBN 221694)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA  94111
Telephone:(415) 984-8200
Facsimile: (415) 984-8300

Attorney for Plaintiff
WESTCHESTER SURPLUS LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> URATA & SONS CEMENT, INC., and BOSA DEVELOPMENT CALIFORNIA II, INC. <br><br> Defendants, | CASE NO. CV-11-2438-PJA <br><br> **ORDER TO EXTEND TIME FOR RESPONSE TO COMPLAINT** <br><br> Action Filed: May 19, 2011 |

The Court having considered the stipulation of the parties herein concludes that good cause exists for granting the parties' request for an extension of time for a response to the Complaint.

Therefore, it is hereby ordered that the time for Urata & Sons Cement, Inc. to respond to the Complaint of plaintiff Westchester Surplus Lines Insurance Company is extended to October 14, 2011.

IT IS SO ORDERED.

Dated: 10/11/11

IT IS SO ORDERED
Judge Phyllis J. Hamilton

-1-
ORDER TO EXTEND TIME FOR RESPONSE TO COMPLAINT