1  Donald E. Dorfman (SBN 63725)
   Andrew R. Neilson (SBN 221694)
2  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
3  San Francisco, CA  94111
4  Telephone: (415) 984-8200
   Facsimile:   (415) 984-8300
5
6  Attorneys for Plaintiff
   WESTCHESTER SURPLUS LINES INSURANCE COMPANY
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                    **OAKLAND DIVISION**
11

12
|  | CASE NO. C 11-02438 PJH |
|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, | **SECOND STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONTINUING RESPONSIVE PLEADING DEADLINE AND RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| Plaintiff, | |
| vs. | |
| URATA & SONS CEMENT, INC. and BOSA DEVELOPMENT CALIFORNIA II, INC. | |
| Defendants. | |

**STIPULATION**

This is an insurance coverage dispute.  Plaintiff Westchester Surplus Lines Insurance Company ("Westchester") seeks a judicial declaration regarding its duties and obligations arising from an underlying action known as <u>Liburd v. Bosa Development, Inc. et al.</u>, San Francisco Superior Court, Case No. CGC-09-491615 (the "Underlying Action").  Westchester, together with Defendant Urata & Sons Cement, Inc. ("Urata." Collectively, the "Parties") are engaged in negotiations aimed at pragmatic resolution of the coverage issues herein.

1

The Parties believe that it would promote efficiency and conservation of the Court's and the Parties' resources to continue pretrial deadlines while the Parties continue to negotiate.

THEREFORE, the Parties, through their undersigned counsel, hereby stipulate and agree:

1. Urata's responsive pleading deadline shall be continued to January 16, 2012.

2. The Case Management Conference currently scheduled for January 5, 2012, shall be continued to February ~~24~~ 23, 2012.

**SO STIPULATED.**

Dated: December 1, 2011                                   NIXON PEABODY LLP

                                              By    /s/ Andrew Neilson

                                                    Attorneys for Plaintiff
                                                    WESTCHESTER SURPLUS LINES
                                                    INSURANCE COMPANY


Dated: December 1, 2011                                   ERICKSEN ARBUTHNOT LLP

                                              By    /s/ Andrew Sclar

                                                    Attorneys for Defendant
                                                    URATA & SONS CEMENT, INC.

**[~~PROPOSED~~] ORDER**

For good cause appearing:

1. Defendant Urata & Sons, Inc.'s responsive pleading deadline is continued to January 16, 2012.

2. The Case Management Conference currently scheduled for January 5, 2012, is continued to February ~~24~~ 23, 2012 at 2:00 p.m. in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California. The parties shall meet and confer as required by FRCP 26(f) with respect to those subjects set forth in FRCP 16(c). Not less than seven days before the conference, counsel shall file a joint case management statement addressing each of the items listed in the "Standing Order For All Judges of the Northern District – Contents of Joint Case Management statement." Any request to reschedule the date of the conference shall be made in writing, and by stipulation if possible, at least ten days before the date of the conference and must be based on good cause.

**IT IS SO ORDERED**.

Dated: December 6, 2011

Hon. 
Judge Phyllis J. Hamilton

3

SECOND STIPULATION AND PROPOSED ORDER
C 11-02438 PJH

13702217.1