1 Donald E. Dorfman (SBN 63725)
ddorfman@nixonpeabody.com
2 Andrew R. Neilson (SBN 221694)
aneilson@nixonpeabody.com
3 NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
4 San Francisco, CA 94111
Telephone: (415) 984-8200
5 Facsimile: (415) 984-8300
6

7 Attorneys for Plaintiff
WESTCHESTER SURPLUS LINES INSURANCE COMPANY
8

9

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 OAKLAND DIVISION

13

14 WESTCHESTER SURPLUS LINES        CASE NO. C 11-02438 PJH
INSURANCE COMPANY,
15                                  1. **NOTICE OF CONDITIONAL**
                                       **SETTLEMENT**
16                 Plaintiff,
                                    2. **STIPULATION AND ~~PROPOSED~~**
17        vs.                          **ORDER CONTINUING PRETRIAL**
                                       **DEADLINES**
18 URATA & SONS CEMENT, INC. and
BOSA DEVELOPMENT CALIFORNIA II,
19 INC.
                Defendants.
20

21

22      **TO THE HONORABLE COURT:**

23         On March 6, 2012, the above-captioned parties attended mediation with Jerry Spolter, Esq. at

24 JAMS, San Francisco. The mediation included participants and issues from above-captioned action,

25 as well as the underlying action known as <u>Liburd v. Bosa Development, Inc. et al.</u>, San Francisco

26 Superior Court, Case No. CGC-09-491615 (the "Underlying Action").

27         The parties herein, Westchester Surplus Lines Insurance Company ("Westchester") and Urata

28

1

13847973.2

& Sons Cement, Inc. ("Urata," collectively the "Parties")), together with Bosa Development
California II, Inc. and Aon Risk Services, agreed to settle the insurance coverage issues under
consideration in this case.  Given the number of participants and the complexity of the issues, the
parties are still negotiating the language of their settlement agreement.

## STIPULATION

WHEREAS the Parties believe it would promote efficiency and the conservation of the
Court's and the Parties' resources to continue pretrial deadlines while the Parties negotiate the
language of their settlement agreement;

THEREFORE, the Parties, through their respective counsel of record, hereby agree and
stipulate that:

1.      Urata's responsive pleading deadline shall be continued to May 7, 2012.

2.      The Case Management Conference currently scheduled for April 5, 2012, shall be
continued to June 7, 2012.

**SO STIPULATED.**

Dated:  March 26, 2012                         NIXON PEABODY LLP


                                               By      /s/ Andrew Neilson
                                                     _____

                                                     Attorneys for Plaintiff
                                                     WESTCHESTER SURPLUS LINES
                                                     INSURANCE COMPANY


Dated:  March 26, 2012                         ERICKSEN ARBUTHNOT LLP


                                               By      /s/ Andrew Sclar
                                                     _____

                                                     Attorneys for Defendant
                                                     URATA & SONS CEMENT, INC.

1    **[~~PROPOSED~~] ORDER**

2    For good cause appearing:

3    1.    Defendant Urata & Sons, Inc.'s responsive pleading deadline is continued to May 7,

4    2012.

5    2.    The Case Management Conference currently scheduled for April 5, 2012, is continued

6    to June 7, 2012 at 2:00 p.m. in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland,

7    California.  The parties shall meet and confer as required by FRCP 26(f) with respect to those

8    subjects set forth in FRCP 16(c).  Not less than seven days before the conference, counsel shall file a

9    joint case management statement addressing each of the items listed in the "Standing Order For All

10   Judges of the Northern District – Contents of Joint Case Management statement."  Any request to

11   reschedule the date of the conference shall be made in writing, and by stipulation if possible, at least

12   ten days before the date of the conference and must be based on good cause.

13   **SO ORDERED**.

14

15   Dated: ~~March~~ April 3 ___, 2012

16   _____

17   Hon. Phyl~~lis~~ ~~Hamilton~~

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CONDITIONAL SETTLEMENT
STIPULATION AND PROPOSED ORDER
C 11-02438 PJH

13847973.2